# EXHIBIT A

Peter Chavez

Tyler Lam

David Buck

Travis Day