## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br>     PLAINTIFF, <br> v. <br><br> TLC COMPANY, INC. D/B/A TLC PLUMBING AND UTILITY, a corporation, <br><br>     DEFENDANT. | CIVIL ACTION NO: 1:19-cv-00158-LF-SCY <br><br><br><br> NOTICE OF APPEARANCE |

The undersigned hereby enters her appearance as counsel for Plaintiff, Secretary of Labor, United States Department of Labor, in the above-entitled matter. Hereinafter, all documents filed in this matter should be served on the undersigned at U.S. Department of Labor, Office of the Solicitor, 1244 Speer Boulevard, Suite 515, Denver, Colorado 80204-3516.

Dated and signed this 28th day of February, 2019.

        Respectfully submitted,

        Kate S. O'Scannlain, Solicitor of Labor
        James E. Culp, Regional Solicitor
        John Rainwater, Associate Regional Solicitor
        Lydia Tzagoloff, Wage Hour Counsel

        */s/ Courtney Witten*

        _____
        Courtney Witten, Trial Attorney

        United States Department of Labor
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Appearance was served this 28th day of February 2019, via the Court's ECF electronic filing system on the following:

Wayne E. Bingham
Bingham Hurst & Apodaca
2420 Comanche Rd. NE, Ste. H-6
Albuquerque, NM  87107
Counsel for Defendant

*/s/ Courtney Witten*
Courtney Witten, Trial Attorney