# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>    PLAINTIFF,<br>v.<br><br>TLC COMPANY, INC. D/B/A TLC PLUMBING AND UTILITY, a corporation.<br><br>    DEFENDANTS. | Case No. 1:19-cv-000158-LF-SCY<br><br><br><br>**STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE** |

    All parties to the above-captioned matter hereby stipulate to the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). The parties further agree that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended.

    **WHEREFORE,** the parties respectfully request that the Court dismiss this matter with prejudice.

    Respectfully submitted,

FOR DEFENDANT TLC COMPANY, INC.:

*/s/ Wayne E. Bingham*
(signed electronically by Courtney Witten with permission)
Wayne E. Bingham

Bingham Hurst & Apodaca
2420 Comanche Rd. NE, Ste. H-6
Albuquerque, NM 87107
Phone: (505) 881-4545
Fax:    (505) 889-0988

FOR THE SECRETARY OF LABOR:

Kate S. O'Scannlain, Solicitor of Labor
James E. Culp, Regional Solicitor
John Rainwater, Associate Regional Solicitor
Lydia Tzagoloff, Wage Hour Counsel

*/s/ Courtney Witten*
Courtney Witten, Trial Attorney

Attorneys for Plaintiff
Office of the Solicitor
U.S. Department of Labor

1

1244 Speer Boulevard, Suite 515
Denver, CO 80204
witten.courtney@dol.gov
Phone: (303) 844-1387
Fax:    (303) 844-1753

Dated: April 17, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Stipulated Motion to Dismiss Case with Prejudice was electronically filed via PACER and served by via email to all persons named below, this 17th day of April, 2019:

>Wayne E. Bingham
>Bingham Hurst & Apodaca
>2420 Comanche Rd. NE, Ste. H-6
>Albuquerque, NM 87107
>
>wbingham@binghamhurst.com
>twall@binghamhurst.com

*/s/ Courtney Witten*