# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>PLAINTIFF,<br>v.<br><br>TLC COMPANY, INC. D/B/A TLC PLUMBING AND UTILITY, a corporation.<br><br>DEFENDANTS. | Case No. 1:19-cv-000158-LF-SCY<br><br><br><br>**ORDER TO DISMISS CASE WITH PREJUDICE** |

On motion of the Plaintiff, the Court orders the case be dismissed with prejudice. The Court further orders that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended.

Dated: April 18, 2019.

_____
HON. LAURA FASHING
UNITED STATES MAGISTRATE JUDGE
PRESIDING BY CONSENT